UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN<br><br>                    Defendants. | Electronically Filed<br><br>Civil Action No.: 1:07-cv-07183-DC<br>(ECF Case)<br><br>Hon. Denny Chin |
| LAWRENCE CHAYT, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN<br><br>                    Defendants. | Electronically Filed<br><br>Civil Action No.: 1:07-cv-08641-DC<br>(ECF Case) |

**MOTION OF THE MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that class member the Mississippi Public Employees' Retirement System ("Mississippi PERS"), by its counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing Mississippi PERS as Lead Plaintiff of a class of purchasers of the securities of Semtech Corp. ("Semtech" or the "Company"); (iii) approving Mississippi PERS' selection of Cauley Bowman Carney & Williams, PLCC and Baron & Budd, P.C. to serve as Co-Lead Counsel, and Labaton Sucharow LLP as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Mississippi PERS submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: October 19, 2007

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Proposed Liaison Counsel*

**CAULEY BOWMAN CARNEY & WILLIAMS, PLLC**
J. Allen Carney
Randall K. Pulliam
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505

**BARON & BUDD, P.C,**
Russell Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Telephone:  (214) 521-3605
Facsimile: (214) 520-1181

**BARON & BUDD, P.C.**
Burton LeBlanc
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808
Telephone:   (225) 927-5441
Facsimile:   (225) 768-7999

*Attorneys for the Mississippi Public Employees' Retirement System and Proposed Co-Lead Counsel for the Class*