# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE CHAYT, on behalf of itself and all others similarly situated,

    Plaintiff,

- against -

SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN,

    Defendants.

---

Case No. 07-CIV 8641 (DC)

Class Action

**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA**

---

WHEREAS defendant Semtech Corporation is headquartered in Camarillo, California;

WHEREAS a putative derivative action asserting claims related to Semtech Corporation's past option grant practices was filed on June 7, 2006 and remains pending before the Honorable Christina A. Snyder, United States District Court Judge, in the United States District Court for the Central District of California, *In re Semtech Corporation Derivative Litigation*, Master File No. CV-06-03510-CAS-FMOx ("Federal Derivative Action");

WHEREAS putative derivative actions filed in May and June 2006 also asserting claims related to Semtech Corporation's past option grant practices were filed in the Superior Court of California for the County of Ventura, consolidated as Case No. CIV241426, and were stayed by that court in December 8, 2006 pending the outcome of the Federal Derivative Action;

WHEREAS a putative class action also asserting claims related to Semtech Corporation's past option grant practices was filed on August 8, 2007 before the Honorable Denny Chin, United States District Court Judge, in the United States District Court for the

Southern District of New York, *Middlesex County Retirement System, on behalf of itself and all others similarly situated v. Semtech Corp. et al.*, Civil Action No.: 1:07-cv-07183-DC (the "Middlesex Action");

WHEREAS on October 1, 2007 the parties in the Middlesex Action jointly filed a Stipulation and [Proposed] Order Transferring the Case to the Central District of California, which the United States District Court for the Southern District of New York (Chin, J.) entered on October 15, 2007;

WHEREAS, the Middlesex Action was formally transferred out of the Southern District of New York to the Central District of California on October 22, 2007 and was received by the Central District of California on October 31, 2007;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this putative class action, which also asserts claims related to Semtech Corporation's past option grant practices, shall be and hereby is transferred to the United States District Court for the Central District of California.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that by entering this stipulation and agreeing to this transfer, each party reserves its arguments and defenses as to whether or not this court had personal jurisdiction over the defendants.

STIPULATED AND AGREED:

Dated: November 15, 2007

By: *Catherine A. Torell* /s/ By: _____
Catherine A. Torell (CT-0905)
COHEN, MILSTEIN, HAUSFELD &
TOLL
150 East 52nd Street – 30th Floor
New York, NY 10022
Telephone: (212) 838-7797

*Attorneys for Plaintiff Lawrence Chayt*

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
 & RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Class Member
Mississippi Public Employees'
Retirement System*

Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp.,
Mohan R. Maheswaran and Jason L.
Carlson*

By: _____
John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G.
Franz, Jr.*

By: _____
Catherine A. Torell (CT-0905)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street – 30th Floor
New York, NY 10022
Telephone: (212) 838-7797

*Attorneys for Plaintiff Lawrence Chayt*

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
   & RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Class Member Mississippi Public Employees' Retirement System*

By: _/s/ KCL_____
Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
   & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
   & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
   & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: _____
John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G. Franz, Jr.*

11/14/2007 16:49 FAX                           LABATON SUCHAROW LP                           ☒003

By: _____  
Catherine A. Torell (CT-0905)  
COHEN, MILSTEIN, HAUSFELD &  
TOLL  
150 East 52nd Street – 30th Floor  
New York, NY 10022  
Telephone: (212) 838-7797  

*Attorneys for Plaintiff Lawrence Chayt*

By: _____  
Christopher J. Keller (CK-2347)  
Andrei V. Rado (AR-3724)  
Alan I. Ellman (AB-7347)  
LABATON SUCHAROW  
 & RUDOFF LLP  
140 Broadway  
New York, NY 10005  
Telephone: (212) 907-0700  

*Attorneys for Class Member Mississippi Public Employees' Retirement System*

By: _____  
Kevin C. Logue (KL-9447)  
PAUL, HASTINGS, JANOFSKY  
 & WALKER LLP  
75 East 55th Street  
New York, NY 10022-3205  
Telephone: (212) 318-6000  

Christopher H. McGrath  
PAUL, HASTINGS, JANOFSKY  
 & WALKER LLP  
3579 Valley Centre Drive  
San Diego, CA 92130  
Telephone: (858) 720-2500  

Thomas A. Zaccaro  
PAUL, HASTINGS, JANOFSKY  
 & WALKER LLP  
515 South Flower Street  
Twenty-Fifth Floor  
Los Angeles, CA 90071-2228  
Telephone: (213) 683-6000  

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: _____  
John J. Clarke, Jr. (JC-3449)  
DLA PIPER US LLP  
1251 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 335-4920  

Robert W. Brownlie  
DLA PIPER US LLP  
401 B Street, Suite 1700  
San Diego, CA 92101-4297  
Telephone: (619) 699-3665  

*Attorneys for Defendant David G. Franz, Jr.*

PAGE 3/5 * RCVD AT 11/14/2007 4:46:53 PM [Eastern Standard Time] * SVR:NYCRF1/6 * DNIS:7807 * CSID: * DURATION (mm-ss):01-26

By: _____
Catherine A. Torell (CT-0905)
COHEN, MILSTEIN, HAUSFELD &
TOLL
150 East 52nd Street – 30th Floor
New York, NY 10022
Telephone: (212) 838-7797

*Attorneys for Plaintiff Lawrence Chayt*

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW
  & RUDOFF LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Attorneys for Class Member Mississippi Public Employees' Retirement System*

By: _____
Kevin C. Logue (KL-9447)
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Christopher H. McGrath
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500

Thomas A. Zaccaro
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

*Attorneys for Defendants, Semtech Corp., Mohan R. Maheswaran and Jason L. Carlson*

By: _____/s/_____
John J. Clarke, Jr. (JC-3449)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4920

Robert W. Brownlie
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665

*Attorneys for Defendant David G. Franz, Jr.*

By: *M. A. Higgins* (signature)

Michele A. Higgins
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900

Michael J. Quinn
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

*Attorneys for Defendant John M. Baumann*

By: _____

Grace L. Chan
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500

Robert E. Gooding, Jr.
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3916

Bart H. Williams
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9295

*Attorneys for Defendant John D. Poe*

-4-

By: _____
Michele A. Higgins
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900

Michael J. Quinn
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

*Attorneys for Defendant John M. Baumann*

By: *[signature]*
Grace L. Chan
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500

Robert E. Gooding, Jr.
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3916

Bart H. Williams
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9295

*Attorneys for Defendant John D. Poe*

SO ORDERED:

Honorable Denny Chin
United States District Judge

11/19/07

LEGAL_US_E # 77147778.1